Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
8, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed July 8, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00657-CV

____________

 

IN RE SHREENATH V. DOCTOR, M.D., Ph.D, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On July 1, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In his petition, relator
seeks to have this court compel the Honorable James D. Squier,
presiding judge of the 312th District Court in Harris County, to set aside his
order signed June 24, 2005, requiring production of allegedly privileged
documents, entered in cause number 2003-66189, styled In the Matter of the
Marriage of Cami Lynette Melcher and Marc Carroll
Melcher and in the Interest of D.L.M. and L.M.M., minor children.  

Relator has not established that he is
entitled to mandamus relief.  Accordingly,
we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed July 8, 2005.

Panel consists of
Justices Yates, Anderson and Hudson.